

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00192-CR

**TYRONE CALVIN SMITH, III,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 13-01748-CRF-361**

# ORDER

The State's Motion for Extension of Time to File State's brief was filed on September 14, 2015. The motion is DENIED. The State is ORDERED to file its brief on or before October 29, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed September 24, 2015

